# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140898

In re FERGEANU HARTFIELD.

_____/

FERGEANU HARTFIELD,
      Plaintiff-Appellant,

v

SC: 140898
COA: 295075

CHIEF CLERK, MICHIGAN COURT OF APPEALS,
      Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the March 18, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

_____
Clerk

d0830